ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6 ENTERED
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 2 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT HARRISON, | Case No. CV 10-2300-GW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 22, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1